# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL AVALOS,<br><br>        Plaintiff,<br><br>    v.<br><br>CARPENTER, et al.,<br><br>        Defendants. | **Case No. 1:15-cv-00369-LJO-JLT (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>**(Docs. 12, 25)** |

Plaintiff, Angel Avalos, is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983 which he filed on March 9, 2015. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 23, 2016, the Magistrate Judge filed a Findings and Recommendations to grant the motion dismiss filed by Defendants Smith and Tyler. The Findings and Recommendations was served on the parties that same day and contained notice that objections to the Findings and Recommendations were to be filed within twenty-one days. No objections were filed; rather Plaintiff filed a document indicating his agreement to dismissal of Defendants Smith and Tyler and that this action proceed against the sole remaining Defendant, Carpenter. (Doc. 29.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the

1

Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 23, 2016 (Doc. 25), are adopted in full;
2. Defendant's Motion to Dismiss, filed on November 3, 2015 (Doc. 12), is GRANTED;
3. Defendants N. Tyler and S. Smith and all claims against them are DISMISSED with prejudice; and
4. The action is referred to the Magistrate Judge for further proceedings, on Plaintiff's claims against the sole remaining Defendant, Carpenter, consistent with this order.

IT IS SO ORDERED.

Dated:  **August 4, 2016**          /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE