# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL AVALOS,<br><br>        Plaintiff,<br><br>   v.<br><br>CARPENTER, et al.,<br><br>        Defendants. | Case No. 1:15-cv-00369-LJO-JLT (PC)<br><br>**ORDER TO PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO THE MOTIONS TO COMPEL**<br><br>**(Docs. 26, 27, 28)**<br><br>**21-DAY DEADLINE** |

On July 8, 2016, the only remaining Defendant in this action, Carpenter, filed three motions to compel Plaintiff to respond to his discovery requests. (Docs. 26, 27, 28.) Plaintiff has not responded. Local Rule 230(*l*). Accordingly, the Court **ORDERS**:

1.  **Within 21 days,** Plaintiff **SHALL** file an opposition or a statement of non-opposition to the motions to compel his discovery responses. (Docs. 26, 27, 28);

2.  **Plaintiff is warned that the failure to comply with this order will result in recommendation that this action be dismissed, with prejudice, for his failure to obey the Court's order and to prosecute**.

IT IS SO ORDERED.

   Dated:   **August 18, 2016**              **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28