# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL AVALOS,<br><br>        Plaintiff,<br><br>    v.<br><br>CARPENTER, et al.,<br><br>        Defendants. | **Case No. 1:15-cv-00369-LJO-JLT (PC)**<br><br>**FIRST AMENDED DISCOVERY AND SCHEDULING ORDER**<br><br>**(Doc. 14)**<br><br>Discovery Cut-Off Deadline: 04/03/2017<br>Dispositive Motion Deadline: 06/02/2017 |

In light of the recently resolved discovery motions, it is appropriate to amend the Discovery and Scheduling Order to establish new discovery cut-off and dispositive motion filing deadlines. Accordingly, the Court **ORDERS**:

1. The discovery cut-off deadline is extended to April 3, 2017;
2. The dispositive motion filing deadline is extended to June 2, 2017; and
3. All other requirements of the original Discovery and Scheduling Order (Doc. 14) remain in effect.

IT IS SO ORDERED.

    Dated:   **January 31, 2017**               **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE